UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STACEY JAMES WONDRA,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA; FRUITLAND POLICE DEPARTMENT; IDAHO STATE POLICE; and PAYETTE COUNTY SHERIFF,<br><br>            Defendants. | Case No. 1:24-cv-00381-AKB<br><br>**ORDER OF DISMISSAL** |

      Plaintiff has not paid the filing fee for this action. Nor did Plaintiff apply for in forma pauperis status, which, if granted, would have permitted Plaintiff to file this action without full prepayment of the filing fee. On August 20, 2024, the Clerk of Court mailed Plaintiff the forms required to apply for in forma pauperis status, but Plaintiff has not returned them.

      **ACCORDINGLY, IT IS ORDERED** that this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: November 8, 2024

_____
Amanda K. Brailsford
U.S. District Court Judge